UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICACASE NO.:                                      8:18-CR-00182-EAK-AEP-3

v.

WILLIAN MORENO SALAZAR

### SENTENCING MEMORANDUM AND REQUEST FOR VARIANCE

COMES NOW THE DEFENDANT, WILIAN MORENO SALAZAR (hereinafter "Mr. Salazar" by and through Undersigned Counsel, and files this sentencing memorandum and requests a reasonable sentence of 120 months' imprisonment and states as follows:

### STATEMENT OF FACTS

On April 12, 2018, a grand jury in the Middle District of Florida returned a two count indictment naming Mr. Salazar as one of the co-defendants. PSR 3 ¶1. (PSR citations refer to the July 25, 2018 document.) Count One charged Mr. Salazar with conspiracy to possess with intent to distribute cocaine while on board a vessel subject to United States jurisdiction, and count two charges the same as a substantive offense. *Id.* at ¶2-3.

These charges stem from an interdiction in international waters that occurred on April 7, 2018. PSR 4 ¶ 10. The Defendant and his co-defendants were found in international waters aboard a low-profile vessel 103 nautical miles northwest of Tumaco, Colombia. *Id.* The government recovered 490 kilograms of cocaine from the interdiction site. *Id.* at ¶ 13. Post *Miranda,* Mr. Salazar admitted that he knew the boat trip was for cocaine smuggling purposes. *Id.* at ¶14.

On May 25, 2018, Mr. Salazar pled guilty to count one pursuant to a plea agreement before Magistrate Judge Porcelli. PSR 3 at ¶6. The plea agreement called for the dismissal of Count Two at sentencing. *Id*. Ms. Simmons was adjudicated guilty on June 13, 2018. *Id.* at ¶5.

## GUIDELINE CALCULATIONS - OBJECTION TO REPORT

Mr. Salazar is responsible for trafficking 490 kilograms of cocaine, so he is properl scored as base offense level 38. PSR 5 ¶22. He receives a combined 5 point reduction for safety valve and acceptance of responsibility. PSR 5-6. His total offense level is 31 and he is properly scored a criminal history category of I. PSR 6. His guideline range is 135-168 months' imprisonment. PSR 9 ¶63. Mr. Salazar objects to not receiving a 2 point reduction for minor role.

## REQUEST FOR MINOR ROLE ADJUSTMENT

Ms. Salazar should receive a 2-point downward adjustment for minor role pursuant to U.S.S.G. §3B1.2(b). That section applies when the defendant " plays a part in committing the offense that makes [him] substantially less culpable than the average participant in the criminal activity." U.S.S.G. §3B1.2(b) at application note 3(A). Note 3(C) lists factors the Court should consider; the most germane to this case are

> (i) the degree to which the defendant understood the scope and structure of the criminal activity;
>
> (ii) the degree to which the defendant participated in planning or organizing the criminal activity;
>
> (iii) the degree to which the defendant exercised decision-making authority or influenced the exercise of decision-making authority;
>
> (iv) the nature and extent of the defendant's participation in the commission of the criminal activity, including the acts the defendant performed and the responsibility and discretion the defendant had in performing those acts;

U.S.S.G. §3B1.2(b) application note 3C

Mr. Salazar was simply a mariner on this venture. He had no role in the planning of the conspiracy, had no knowledge of the buyers of the drugs, did not plan the route, nor played any significant role in the conspiracy. He was not a captain and had no special skills. He is

substantially less culpable than the average participant in this criminal activity and should receive a 2-point reduction under U.S.S.G. §3B1.2.

## REQUEST FOR DEPARTURE/VARIANCE
## AND REASONABLE SENTENCE OF 120 MONTHS

Mr. Salazar respectfully requests that This Court sentence him to 120 months imprisonment. This Court is aware of the wide discretion given by *Booker* and its progeny, so there is no need to reiterate it here. Under the factors laid out by 18 USC § 3553(a), such a sentence is appropriate.

Mr. Salazar grew up in abject poverty in Buenaventura, Colombia and lived on his own since age 16. PSR 7 ¶¶40-42. He is responsible for helping support his two sons and his arrest has had an emotional and financial impact on them. PSR 8 ¶¶50-51. He suffers from hypertension but is controlling it with medication at this time. PSR 8 ¶54. A sentence of 120 months imprisonment is more than enough given the nature and circumstances of the offense and the history and characteristics of the Defendant under 3553(a)(1). Mr. Salazar is not a repeat offender, but another poor person looking to provide for his family in an impoverished nation. This sentence is reasonable under the statutory factors.

Respectfully submitted,

*s/Darlene Calzon Barror*
DARLENE CALZON BARROR, ESQUIRE
506 North Armenia Avenue
Tampa, Florida 33609
Tel: (813) 877-6970
Fax: (813) 879-2610
Darlene@BarrorLaw.com
Attorney for Defendant
Florida Bar No. 0860379

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically by CM/ECF system which will send an electronic filing to THE OFFICE OF THE ASSISTANT UNITED STATES ATTORNEY, this 21st day of August 2018.

*s/Darlene Calzon Barror*
DARLENE CALZON BARROR, ESQUIRE